IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS A. KIEFER, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION, JOHN J. RIGAS, TIMOTHY J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, JAMES R. BROWN AND DELOITTE & TOUCHE LLP,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 02-CV-3186<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

       Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

                                                           _____
                                                           Alan J. Davis
                                                           William A. Slaughter
                                                           Joel E. Tasca
                                                           BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                                           1735 Market Street, 51st Floor
                                                           Philadelphia, PA  19103
                                                           (215) 864-8230/8114/8188
                                                           (215) 864-8999 (fax)

Date:  June 17, 2002

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

> Marc A. Topaz, Esquire
> SCHIFFRIN & BARROWAY, LLP
> Three Bala Plaza East
> Suite 400
> Bala Cynwyd, PA 19004

                                              _____
                                              Joel E. Tasca